# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re MICHAEL L. OVERTON, C47370,
Plaintiff.

Case No. 18-cv-00628-CRB (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner currently in the custody of the California Department of State Hospitals, has filed a pro se action/request under 42 U.S.C. § 1983 seeking access to certain monies and canteen/commissary items at Atascadero State Hospital. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable named defendants reside or are located, in the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: February 2, 2018

_____
CHARLES R. BREYER
United States District Judge